THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* QUEENSBORO FARM PRODUCTS, INC., Appellant.

Argued April 5, 1939; decided April 21, 1939.

*Joseph M. Lonergan* for appellant.

*William C. Chanler, Corporation Counsel (James Hall Prothero* and *Paxton Blair* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.